IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

NICHOLAS JAMES TRENCH,

     Appellant,

v.

     Case No. 5D22-2113
     LT Case No. 2021-CF-001798-A-X

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed May 30, 2023

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender,
and Susan A. Fagan, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


EDWARDS, EISNAUGLE and KILBANE, JJ., concur.